**94–2307. Disciplinary Counsel v. Senne.**

IT IS ORDERED by this court, *sua sponte*, that Hubert Sherwood Senne, Jr., Attorney Registration No. 0037861, last known address in Akron, Ohio, is found in contempt for failure to comply with this court's order of March 22, 1995, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before April 21, 1995.

**94–2701. Disciplinary Counsel v. Pagac.**

IT IS ORDERED by this court, *sua sponte*, that Paul Pagac III, Attorney Registration No. 0015049, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of November 14, 1997, to wit: failure to pay a sanction in the amount of $500 on or before December 14, 1997.

**96–433. Mahoning Cty. Bar Assn. v. Michaels.**

IT IS ORDERED by this court, *sua sponte*, that Joseph T. Michaels, Attorney Registration No. 0019397, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of June 26, 1996, to wit: failure to pay board costs in the amount of $214.66 on or before September 24, 1996.

**96–1427. Toledo Bar Assn. v. Christensen.**

IT IS ORDERED by this court, *sua sponte*, that David C. Christensen, Attorney Registration No. 0002576, last known address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of November 6, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before December 6, 1996.

**96–2805. Disciplinary Counsel v. Clifton.**

IT IS ORDERED by this court, *sua sponte*, that William Deems Clifton II, Attorney Registration No. 0038076, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of October 1, 1997, to wit: failure to pay board costs in the amount of $1,670.45 on or before December 30, 1997.

**97–809. Warren Cty. Bar Assn. v. Lieser.**

IT IS ORDERED by this court, *sua sponte*, that John Charles Lieser, Jr., Attorney Registration No. 0040490, last known address in Mason, Ohio, is found in contempt for failure to comply with this court's order of September 24, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before October 24, 1997.

**97–811. Cincinnati Bar Assn. v. Harvey.**

IT IS ORDERED by this court, *sua sponte*, that Willard L. Harvey, Attorney Registration No. 0046863, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of September 24, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before October 24, 1997.

**97–812. Cincinnati Bar Assn. v. Reis.**

IT IS ORDERED by this court, *sua sponte*, that Margaret A. Reis, Attorney Registration No. 0023701, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of October 24, 1997, to wit: failure to surrender her Certificate of Admission and attorney registration card and failure to file an affidavit of compliance on or before November 24, 1997.

**97–871. Dayton Bar Assn. v. Shaman.**

IT IS ORDERED by this court, *sua sponte*, that Theodore R. Shaman, Jr., Attorney Registration No. 0022633, last known address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of November 5, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before December 5, 1997.